# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baylson, Michael M. | U.S.D.C | 07/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2020 | Penn Law School - Professor | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-Employed Physician (Spouse) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Second IRA R/O | | | | | | | | | |
| 2.  vanguard federal money market fund | A | Dividend | J | T | | | | | |
| 3.  vanguard intermediate term bond fund index admiral cl | B | Dividend | M | T | Sold (part) | 03/13/20 | M | A | |
| 4. | | | | | | | | | |
| 5.  vanguard short term bond index admiral cl | C | Dividend | M | T | | | | | |
| 6.  vanguard intermediate term invest grade admiral cl | D | Dividend | M | T | | | | | |
| 7.  vanguard short term investment grade admiral cl | C | Dividend | M | T | | | | | |
| 8.  vanguard growth index admiral cl | C | Dividend | O | T | Sold (part) | 01/13/20 | J | A | |
| 9. | | | | | Buy (add'l) | 03/13/20 | M | | |
| 10. | | | | | Buy (add'l) | 08/25/20 | K | | |
| 11. | | | | | Sold (part) | 09/23/20 | L | A | |
| 12.  vanguard total intl bond index admiral cl | C | Dividend | N | T | Buy (add'l) | 09/23/20 | L | | |
| 13.  vanguard developed markets index admiral cl | A | Dividend | K | T | | | | | |
| 14. | | | | | | | | | |
| 15.  vanguard value index admiral cl | C | Dividend | M | T | | | | | |
| 16.  dfa emerging markets core equity cl 1 | A | Dividend | L | T | | | | | |
| 17.  dfa global real estate securities instl cl | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. dfa intl value instl cl | B | Dividend | L | T | | | | | |
| 19. dfa u.s. large cap value instl cl | B | Dividend | L | T | | | | | |
| 20. dfa intl small cap value instl cl | A | Dividend | L | T | | | | | |
| 21. dfa global alloc 60/40 instl cl | A | Dividend | L | T | | | | | |
| 22. dfa intl large cap growth instl cl | B | Dividend | L | T | | | | | |
| 23. dfa intl small cap value cl 1 | | None | L | T | | | | | |
| 24. first eagle overseas cl 1 | A | Dividend | K | T | | | | | |
| 25. hotchkis & wiley mid cap value cl 1 | B | Dividend | L | T | | | | | |
| 26. morgan stanley instl intl equity cl 1 | A | Dividend | L | T | | | | | |
| 27. TDA Joint | | | | | | | | | |
| 28. teligent inc. | | None | J | T | | | | | |
| 29. fireeye inc. | | None | | | Sold | 05/15/20 | L | A | |
| 30. opko health inc. | | None | L | T | | | | | |
| 31. pennsylvania real estate invst | A | Distribution | J | T | | | | | |
| 32. progenics pharmaceuticals - now lantheus holdings | | None | L | T | | | | | |
| 33. amkor technologies inc. | | None | J | T | | | | | |
| 34. pfizer inc. | | None | J | T | Buy | 11/09/20 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. palantir tech inc | | None | J | T | Buy | 11/25/20 | J | | |
| 36. solar enertich corp | | None | J | T | | | | | |
| 37. bancorp bank | | None | | | Sold | 09/09/20 | J | C | |
| 38. css industries | | None | | | Sold | 03/04/20 | J | A | |
| 39. cytodyn inc. | | None | J | T | | | | | |
| 40. nortel networks | | None | J | T | | | | | |
| 41. oncologix tech inc. | | None | J | T | | | | | |
| 42. rentech inc | | None | J | T | | | | | |
| 43. vitaris | | None | J | T | Spinoff<br>(from line 34) | 11/09/20 | J | | |
| 44. WF JT | | | | | | | | | |
| 45. International Business Machines | D | Dividend | M | T | | | | | |
| 46. Verizon Communicatins | D | Dividend | N | T | | | | | |
| 47. Wells Fargo Bank Deposits Sweep | A | Interest | J | T | | | | | |
| 48. cytodyn inc. | | None | O | T | Buy | 02/01/20 | J | | |
| 49. | | | | | Sold<br>(part) | 10/16/20 | M | G | |
| 50. WFBNA Collateral Acct | | | | | | | | | |
| 51. Standard Bank Deposit | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Bank of America | B | Dividend | L | T | | | | | |
| 53.  BP Plc Sponsored ADR | B | Dividend | K | T | | | | | |
| 54.  Conoco Phillips | A | Dividend | K | T | | | | | |
| 55.  Exelon Corp | B | Dividend | L | T | | | | | |
| 56.  Fidelity National Information Services | A | Dividend | L | T | | | | | |
| 57.  General Electric Co. | A | Dividend | K | T | Sold<br>(part) | 12/23/20 | K | A | |
| 58.  JP Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 59.  Phillips 66 | A | Dividend | K | T | | | | | |
| 60.  Wells Fargo Company | A | Dividend | J | T | | | | | |
| 61.  Western Digital Corp. Del | A | Dividend | J | T | | | | | |
| 62.  PIMCO Fundamental IndexPlus AR | A | Dividend | K | T | Sold<br>(part) | 12/23/20 | K | A | |
| 63.  WABTEC | A | Dividend | J | T | | | | | |
| 64.  Allianz FDS Income Growth Fd | | None | K | T | Buy | 12/23/20 | K | | |
| 65.  vanguard - michael bayslon | | | | | | | | | |
| 66.  vanguard int tm bd index | A | Dividend | J | T | Buy<br>(add'l) | 06/26/20 | J | | |
| 67.  vanguard 500 idx adml | A | Dividend | J | T | Buy<br>(add'l) | 06/26/20 | J | | |
| 68.  First IRA R/O | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 70. Vanguard Intermediate Term Bond Index | B | Dividend | M | T | Sold<br>(part) | 03/13/20 | M | A | |
| 71. | | | | | | | | | |
| 72. Vanguard Short term Bond Index | B | Dividend | M | T | | | | | |
| 73. Vanguard 500 Index | A | Dividend | L | T | Buy<br>(add'l) | 08/25/20 | J | | |
| 74. Vanguard Intermediate Term Invest Grade | D | Dividend | M | T | Buy<br>(add'l) | 09/23/20 | L | | |
| 75. Vanguard Short Term Investment Grade | B | Dividend | M | T | | | | | |
| 76. Vanguard FTSE All World Ex US Small Cap | A | Dividend | K | T | | | | | |
| 77. Vanguard Growth Index | C | Dividend | N | T | Buy<br>(add'l) | 03/13/20 | M | | |
| 78. | | | | | Sold<br>(part) | 09/23/20 | L | A | |
| 79. Vanguard Total Intl Bond Index | B | Dividend | M | T | | | | | |
| 80. Vanguard Developed Markets Index | A | Dividend | K | T | | | | | |
| 81. Vanguard Value Index | C | Dividend | M | T | | | | | |
| 82. DFA Intl Value Instl | B | Dividend | K | T | | | | | |
| 83. DFA US Large Cap Value Instl Cl | A | Dividend | K | T | | | | | |
| 84. DFA US Small Cap Value Instl | A | Dividend | K | T | | | | | |
| 85. DFA Intl Large Cap Growth Instl | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  First Eagle Overseas | A | Dividend | K | T | | | | | |
| 87.  Hotchkis & Wiley Mid Cap Value | B | Dividend | K | T | | | | | |
| 88.  Morgan Stanley Instl Intl Equity | A | Dividend | K | T | | | | | |
| 89.  1777 Sentry Parkway Investors, LP | A | Interest | J | U | | | | | |
| 90. | A | Rent | | | | | | | |
| 91.  telepath networks | | None | J | W | | | | | |
| 92.  LLR Equity Partners Parallel III, LP | A | Int./Div. | K | U | | | | | |
| 93.  Planet Data Acq. | | None | J | W | | | | | |
| 94.  Advanced Reproductive Care | | None | J | W | | | | | |
| 95.  Keystone Property Fund IIIA, LP | A | Int./Div. | J | U | | | | | |
| 96.  Keystone Tristate Opp. Fund, LP | A | Int./Div. | J | U | | | | | |
| 97. | B | Distribution | | | | | | | |
| 98. | C | Rent | | | | | | | |
| 99.  KPG Curtis Investors, LP | A | Int./Div. | J | U | | | | | |
| 100.  KPGFW - I - PA Ventures, LP | A | Int./Div. | K | U | | | | | |
| 101. | A | Distribution | | | | | | | |
| 102. | B | Rent | | | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Versa Capital Fund II, LP | B | Int./Div. | K | U | | | | | |
| 104. | D | Distribution | | | | | | | |
| 105.  Melior Pharmaceuticals | | None | J | T | | | | | |
| 106.  Allied Biosciences Services | | None | L | T | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 07/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael M. Baylson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544